

1  DANIEL G. BOGDEN
   United States Attorney
2  KISHAN NAIR
   Assistant United States Attorney
3  Narcotics and Violent Crime Section
   333 Las Vegas Blvd., South, Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6050

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL INDICTMENT |
| Plaintiff, ) | 2:10-CR-___120___ |
| vs. ) | VIOLATION: |
| ROBERT JOHNSON, Jr., ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) - <u>Possession with Intent to Distribute Cocaine</u> |
| Defendant. ) | |

**THE GRAND JURY CHARGES THAT:**

On or about March 1, 2010, in the State and Federal District of Nevada,

**ROBERT JOHNSON, Jr.,**

the defendant herein, did knowingly and intentionally possess with intent to distribute approximately 88.2 gross grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**DATED:** this _____ day of March, 2010.

**A TRUE BILL:**

_____/S/_____
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

KISHAN NAIR
Assistant United States Attorney